

**Stern, Lavinthal & Frankenberg, LLC**
COUNSELLORS AT LAW
**103 EISENHOWER PARKWAY, ROSELAND, NEW JERSEY 07068**
973-797-1100 – FAX 973-228-2679

December 15, 2023

**Via ECF Filing**
The Honorable Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
50 Walnut Street, Chambers 2B
Newark, NJ 07102

Re:  Nationstar Mortgage LLC d/b/a Mr. Cooper v. DuBois
     Docket No.: 22-04606-MEF-JSA

Dear Judge Allen:

This office represents Plaintiff, Nationstar Mortgage LLC, d/b/a Mr. Cooper in the above-referenced matter. Your Honor has entered a Text Order requiring the submission of a status report on this matter by today, December 15, 2023. Mr. Dubois is ill, and we respectfully request additional time to submit the status report. The pending action is currently administratively terminated.

The parties appreciate the Court's courtesies in this matter.

Respectfully,
STERN, LAVINTHAL & FRANKENBERG, LLC

/s/ Laura A. Scurko
Laura A. Scurko, Esq.

LAS/ls

cc: Nicholas J. DuBois, Esq. (Via ECF)

\*The request is GRANTED.  The parties shall submit a joint status letter on or before 1/5/24\*

**SO ORDERED**

*/s/ Jessica S. Allen*
**Hon. Jessica S. Allen, U.S.M.J.**

**Date:** 12/18/23